IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 21-MJ-_____STE ) |
| MCKINSEY D. WHITE, | ) ) |
| Defendant. | ) Violation: 18 U.S.C. § 641 |

# INFORMATION

The United States Attorney charges:

## Count 1

On or about December 6, 2020, in the Western District of Oklahoma at the Fort Sill Military Reservation, at or near 1718 Macomb Road,

- - - - - - - - - - - - - - - - - - - -MCKINSEY D. WHITE, - - - - - - - - - - - - - - - - -

the defendant, did steal, purloin, and knowingly convert to her use a thing of value of the United States, to wit: two bottles of cologne.

All in violation of Title 18, United States Code, Section 641.

Dated this 13th day of January 2021.

TIMOTHY J. DOWNING
United States Attorney

_____
KELSEY A. KORNBLUT
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Taylor Hall
Fort Sill, Oklahoma 73503
Telephone: (580) 442-3900